IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 09-14820-WSS-13 |
| WILLIAM FORESTER | ) | |
| | ) | |
|     Debtor, | ) | |
| | ) | |

| | | |
|---|---|---|
| WILLIAM FORESTER, | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER: AP 10-00052 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Misc. Action No. 11-0007-CG-B |
| | ) | |
| BAC HOME LOANS SERVICING, L.P. | ) | |
| f/k/a Countrywide Home Loans Servicing, | ) | |
| L.P., | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

This matter is before the court on the plaintiff's Motion for Withdrawal of Reference filed in Adversary Proceeding Number 10-00052 on March 1, 2011 and transferred to this court on March 17, 2011.  The defendant is **ORDERED** to file a response to the motion **on or before March 24, 2011.**

    **DONE and ORDERED** this 17th day of March, 2011.

    /s/  Callie V. S. Granade
    UNITED STATES DISTRICT JUDGE