IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO.: 09-14820-WSS-13 |
| WILLIAM FORESTER | ) | |
| | ) | |
|    Debtor, | ) | |
| | ) | |
| WILLIAM FORESTER, | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER: AP 10-00052 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. Action No. 11-0007-CG-B |
| | ) | |
| BAC Home Loans Servicing, L.P., et al, | ) | |
| | ) | |
|    Defendants. | | |

**BAC HOME LOANS SERVICING, LP'S RESPONSE TO MOTION FOR WITHDRAWAL OF REFERENCE**

Defendant, BAC Home Loans Servicing, LP ("BAC"), respectfully responds to the Plaintiff's, William Forester, Motion for Withdrawal of Reference as follows:

1.    Defendant has no objection to Plaintiff's motion.

This the 23rd day of March, 2011.

                                                        /s/ Kenneth S. Steely
                                                        Kenneth S. Steely (STEEK4183)
                                                        Kirkland E. Reid (REIDK9451)
                                                         Attorneys for Defendant BAC
                                                         Home Loans Servicing, LP

Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
254 State Street
Mobile, Alabama 36603
(251) 439-7535 - Phone
(251) 433-1001 - Fax

ksteely@joneswalker.com
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the E-Filing system which will send notification of such filing to the following:

**James D. Patterson,
Underwood & Riemer, P.C.
166 Government Street,
Suite 100
Mobile, AL 36602**

This the 23rd day of March, 2011.

                                                       */s/ Kenneth S. Steely*
                                                       OF COUNSEL