IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 09-14820-WSS-13 |
| WILLIAM FORESTER | ) | |
| | ) | |
|     Debtor, | ) | |
| | | |
| WILLIAM FORESTER, | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER: AP 10-00052 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Misc. Action No. 11-0007-CG-B |
| | ) | |
| BAC HOME LOANS SERVICING, L.P. | ) | |
| f/k/a Countrywide Home Loans Servicing, | ) | |
| L.P., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the court on the plaintiff's Motion for Withdrawal of Reference filed in Adversary Proceeding Number 10-00052 on March 1, 2011 and transferred to this court on March 17, 2011.  (Doc. 3).   Defendant BAC Home Loans Servicing, L.P., filed a response stating it had no objections to the motion.

Accordingly the court hereby withdraws the reference at issue and directs that the adversary proceeding filed in the Bankruptcy Court on May 19, 2010 proceed in this court. The clerk is directed to redocket the case as a civil action, and to refer the case to the Magistrate Judge for a status conference and entry of a Scheduling Order.

**DONE and ORDERED** this 1st day of April, 2011.

                                              /s/  Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE